ABOUT US    SERVICES    OUR TEAM    CONTACT

# WE BUILD SOLUTIONS
# THAT DRIVE RESULTS

## About Modaramo Media

We are an
**OMNICHANNEL PERFORMANCE**
Marketing Company

There is no objective outside of our scope because we develop personalized solutions. This allows us to leverage our technologies to venture beyond your capabilities and achieve your strategic business outcome. By utilizing our omnichannel media network, first party data, and proprietary AI technology we drive incredibly powerful experiences for consumers that will enhance your business.

We follow a one size fits no one approach so you never miss a growth opportunity. Being a company that consistently provides cost effective, high performance campaigns our success is measured by exceeding your expectations. We have created a dynamic culture encompassing only top tier, highly skilled professionals. This team is the foundation to delivering the best possible outcomes for the partners we work with.

## Is Your Business Ready
## To Take Off?

CONTACT US

## Our Approach

We take the guesswork out of online advertising. The first step is assessing each partner's goals in order to capitalize on the best strategies that deliver measurable results. Each of these components provide the structure for our company to reach the highest level of performance and sustainability.

**Relationship Building**
Valuing long-term quality partners who are at the center of our operations.

**Technology Driven**
Proprietary systems and media channels that achieve unmatched results.

**Performance Focused**
Real time success through high intent clicks, leads, calls, sales and customer acquisition.

**Omnichannel**
Orchestrate tailored interactions across our media network from opt-in emails, push notifications to mobile and web applications.

**First Party Data**
Integrated data that at touch points to improve targeting and relevancy, analyze attribution and optimize decisions.

**Custom Solutions**
Leveraging technology to build personalized brands and products that reach the right audience at the right time.

**AI Powered**
Intelligent software transforming consumer behavior into actionable insight translating to better performance.

**User First**
Strengthening engagement by prioritizing meaningful value, quality content and experience for consumers.

**Innovative Mindset**
Focused on developing new solutions and leading the industry through creativity.

## Our Brands

Through our market knowledge and media expertise we are able to branch out into affiliate marketing, lead generation, and make technological advancements that allow us to maintain leadership.



**AdPrecise**
Expands your brand's reach by sourcing new quality customers through our premium omni-channel publisher marketplace. We manage the distribution of your advertising campaign utilizing our proprietary optimization technology to help you drive more transactions.



**Bright Reach**
Discover high potential acquisitions that offer long term success. We specialize in acquiring new consumers through our proprietary systems that enable advanced targeting. Our AI powered technology constantly monitors and analyzes campaigns to provide the highest return.



**Leedobot**
Our advanced artificial intelligence systems can take your business to the next level. We programmed our AI to simulate human conversation in order to automate business processes, gain insight through data analysis and interact with consumers in real time leading to higher satisfaction rates.

## Meet our Team

We are a talented group of trusted experts committed to unlocking new value for each client. By utilizing a collaborative environment each member of our team brings a specialization enabling our company and partners to succeed.


**Ilker Turgut**
CEO & Founder


**Grazia Marino**
Chief Financial Officer


**Izzet Cakir**
Chief Information Officer


**Alper Yilmaz**
VP of Application Development


**Surya Singh**
Director, Strategic Partnerships


**Josh Ozturk**
Director, E-Commerce


**Frank Castillo**
Senior Marketing Manager

**Kassi Jata**
Digital Marketing Specialist


**Hannah Hawkins**
Account Manager


**Deena Agilo**
Account Manager


**Emir Music**
Account Manager


**Nicole Loiacono**
Accounting


**Dany Hanna**
Software Developer

**Shannon Firooz**
Software Developer


**Shawn Vaz**
Account Manager

## Our Partners

We are proud to partner with leading companies that are dedicated to our mission of discovery, quality and performance in order to solve complex problems, disrupt the industry and benefit our consumers.










## Are You Ready
## To Grow?

## Get in Touch

It's time to discover your true potential. Let us show you what you can achieve through our omnichannel media network, first party data, proprietary AI technology and collaboration. Ready to start a conversation?

**Location**
2 Seneca Blvd, Suite 510
Port Washington, NY 11050
United State

**Call Us**
+1 516 864 4590

**E-mail**
info@modaramo.com

[ Name ]   [ E-mail Address ]

[ Your Message ]

SEND MESSAGE