Robert H. Scott (USB #10981)
**AKERMAN LLP**
170 South Main Street, Suite 725
Salt Lake City, Utah  84101-1648
Telephone: 801.907.6900
Facsimile: 801.355.0294
Email:  robert.scott@akerman.com

*Attorneys for Modaramo Media, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>  Plaintiff,<br><br>v.<br><br>MODARAMO MEDIA, LLC, DOES 1-10,<br><br>  Defendants. | **NOTICE OF SETTLEMENT**<br><br><br>Case No.  2:22-cv-00199-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

PLEASE TAKE NOTICE that Plaintiff XMission, L.C., and Defendant, Modaramo Media, LLC, have settled this case.  The parties are presently working on the settlement documents and ask that all currently pending deadlines be marked off calendar as the parties will submit a Stipulation of Dismissal once the settlement agreement has been executed and satisfied.

DATED this 13th day of September, 2022.

**PHILIPS WINCHESTER**

By: */s/ Gregory D. Phillips* (*w/permission by R. Scott*)
     Gregory D. Phillips
     *Attorneys for XMission, L.C.*

**AKERMAN LLP**

By: */s/ Robert H. Scott*
     Robert H. Scott
     *Attorneys for Modaramo Media, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2022, I caused a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** to be filed via the Court's CM/ECF system which provided electronic notice of such filing to all persons registered to receive notice in this case.

*/s/ Robert H. Scott*